JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | Case No. 2:19-CV-05699-RGK-FFM |
|---|---|
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| LAKEWOOD TERRACE APARTMENTS, L.P., et al., | |
| Defendant(s). | |

On December 26, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10], which directed plaintiff to file timely proof of service of the summons and complaint on defendant. Plaintiff's response to the Order to Show Cause was due by January 6, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: JAN 1 0 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE